UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ,
JOSEPH LOWE, and IAN JOI individually, and
ALEJANDRO BAEZ, as representative
of the estate of JAYDEN BAEZ,

    Plaintiffs,

vs.                                      Case No: 6:23-cv-816-GAP-RMN

TARGET CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs, MICHAEL GOMEZ, JOSEPH LOWE, IAN JOI, ALEJANDRO BAEZ, as representative of the estate of JAYDEN BAEZ, and Defendant, TARGET CORPORATION, by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed without prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: February 29, 2024

Respectfully submitted,

**NEJAME LAW, P.A.**

/s/ *Mark E. NeJame*
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
189 South Orange Ave., Ste. 1800
Orlando, FL 32801
PH: (407) 500-0000
F:   (407) 802-1448
mark@nejamelaw.com
PI@nejamelaw.com
Attorney for Plaintiffs

**ZIMMERMAN, KISER & SUTCLIFFE, P.A.**

/s/ *Andrea Caro*
Andrea Caro, Esquire
Florida Bar NUMBER: 0499471
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
acaro@zkslaw.com
manderson@zkslaw.com
Counsel for Defendant,
Target Corporation