# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL GOMEZ, JOSEPH LOWE, IAN JOI and ALEJANDRO BAEZ,

        Plaintiffs,

v.                              Case No: 6:23-cv-816-GAP-RMN

TARGET CORPORATION,

        Defendant

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal Without Prejudice (Doc. 25), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 1, 2024.

                              GREGORY A. PRESNELL
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties